IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHAD D. CORDREY,**

    **Plaintiff,**

v.                                       **Case No. 5:15cv33-MW/CJK**

**CORIZON, et al.,**

    **Defendants.**
_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's claim against Defendant Reader is **DISMISSED** without prejudice pursuant to Plaintiff's motion to dismiss, ECF No. 32, which is construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant Reader's motion to dismiss, ECF No. 26, is

**DENIED as moot**.  This cause is referred to the Magistrate Judge for further proceedings on Plaintiff's claims against the remaining defendants.

**SO ORDERED on October 6, 2015.**

s/Mark E. Walker                    
**United States District Judge**
