IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHAD D. CORDREY,

    Plaintiff,

v.                                    Case No. 5:15cv33-MW/CJK

CORIZON, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 58. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss of Defendant Dr. Johnson, ECF No.42, is **DENIED**. Dr. Johnson shall **file an answer** to Plaintiff's complaint on or before Friday, January 29, 2016. This cause is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on January 18, 2016.**

                                                    **s/Mark E. Walker                    **
                                                    **United States District Judge**