IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHAD D. CORDREY,

    Plaintiff,

v.                                      Case No. 5:15cv33-MW/CJK

CORIZON, et al.,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 75. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendants Corizon and Jorge Alvarez's motion for summary judgment, ECF No. 54, is **GRANTED**. Summary judgment is **GRANTED** in favor of Defendants Corizon and Dr. Jorge Alvarez and against Plaintiff." This matter is remitted to the Magistrate Judge for further

1

proceedings on Plaintiff's pending individual capacity Eighth Amendment claim against Defendant Dr. Johnson.

**SO ORDERED on June 20, 2016.**

<u>s/Mark E. Walker</u>  ____
**United States District Judge**