IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHAD D. CORDREY,

    Plaintiff,

v.        Case No. 5:15cv33-MW/CJK

CORIZON, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 94. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Dr. Johnson's motion for summary judgment, ECF No. 85, is **GRANTED**. Plaintiff previously dismissed his claims against Dr. Render. The Clerk shall enter judgment stating, "Plaintiff's claims against Dr. Johnson are dismissed with prejudice." The Clerk shall close the file.

**SO ORDERED** on December 21, 2016.

                                            **s/Mark E. Walker          **
                                            **United States District Judge**